Reconstruction Finance Corporation, Appellant, v. Isadore Shanedling, Appellee.

Gen. No. 44,305.

opinion filed November 16, 1948; released for publication December 2, 1948. Lee Walker and Lawrence T. Manning, for appellant; Louis Wilson and Maurice L. Davis, for appellee; Maurice L. Davis, of counsel. Opinion by JUSTICE FRIEND. Not to be published in full.

Irving H. Babbitt, Appellee, v. S. C. Elbaum, Appellant.

Gen. No. 44,486.

opinion filed November 16, 1948; released for publication December 2, 1948. Philip J. Slotnikoff, for appellant; Samuel Wodika, for appellee; Marvin E. Wodika, of counsel. Opinion by JUSTICE FRIEND. Not to be published in full.

## 1400 Lake Shore Drive Corporation, Appellant, v. Sally McAninch, Appellee.

Gen. No. 44,496.

opinion filed November 16, 1948; released for publication December 2, 1948. McCarthy & Levin, for appellant; James W. Cotter, for appellee. Opinion by JUSTICE FRIEND. Not to be published in full.